# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 8/16/2012                                                     Case Number 2:01-cr-00261

Case Style: USA vs. Lamont Van Harris

Type of hearing Supervised Release Revocation Hearing

Before the honorable: 2515-Johnston

Court Reporter Ayme Cochran                              Courtroom Deputy Staci Wilson

Attorney(s) for the Plaintiff or Government Joshua Hanks

Attorney(s) for the Defendant(s) Louie Price

Law Clerk Matt Farley                                            Probation Officer Keith Zutaut and Ruth Loftis

## Trial Time

Supervised Release Revocation Hearing No Evidence

## Non-Trial Time

## Court Time

11:50 am   to 12:44 pm

Total Court Time: 0 Hours 54 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:45 a.m.

Actual Start 11:50 a.m.

Defendant present in person and by counsel.

Defendant placed under oath.

Court sets forth relevant background in case.

Court addresses allegations contained in Petition.

Defendant has received written notice of alleged violations.

Evidence against Defendant has been disclosed.

Defendant does dispute allegations.

Court finds Defendant has violated conditions of supervised release.

Court REVOKES supervised release.

Parties speak before sentence is imposed.

Court imposes sentence as follows:

    Custody: 24 months to run consecutive to 120 months in Criminal Action No:  2:11-cr-240.

Defendant advised of right to appeal.

Defendant remanded.

Court recessed at 12:44 p.m.